1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  JAGMOHIT SINGH JOSAN,                CASE NO. 2:24-CV-01648 TLN-CSK

12                     Plaintiff,        STIPULATION AND ORDER FOR EXTENSION
                                         OF TIME IN WHICH TO FILE OPPOSITION
13              v.

14  USCIS, ET AL
                       Defendants.
15

1

Plaintiff respectfully requests a first extension of time in which to file an opposition to Defendants' motion to dismiss (ECF 8), and counsel for Defendants does not oppose. Defendants have agreed to extend the opposition deadline to February 19, 2025, with the agreement that Plaintiff will agree to a dismissal of this case upon successful completion of his February 12, 2025, asylum interview.

The parties therefore stipulate that the new date for Plaintiff to file his opposition to Defendants' motion to dismiss (ECF 8) is February 19, 2025.

Respectfully submitted,

Dated: October 31, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: October 31, 2024

/s/ MANPREET S. GAHRA
MANPREET S. GAHRA
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: November 1, 2024

Troy L. Nunley
Chief United States District Judge